USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/6/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
HERMANT PATEL M.D., P.C.,
                              Plaintiff,

       -against-                                   1:18 Civ. 10227 (LGS)

                                            **OPINION AND ORDER**

THEJASWI BANDIKATLA, M.D.,

                              Defendant.
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order dated January 10, 2019, stated that discovery in this action is stayed pending the resolution of Defendant's motion to dismiss. Dkt No. 25;

WHEREAS, on December 5, 2019, Defendant's motion to dismiss was denied in part and granted in part and only the breach of contract claim survives. Dkt No. 69. It is hereby

**ORDERED** that the stay on discovery is lifted. The parties, by **December 13, 2019**, shall file a proposed Case Management Plan and Scheduling Order.

Dated: December 6, 2019
       New York, NY

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**