UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HERMANT PATEL, M.D., P.C.,

                                    Plaintiff,

                -against-

THEJASWI BANDIKATLA, M.D.,

                                    Defendant.

18 Civ. 10227 (LGS)

---

LORNA G. SCHOFIELD, United States District Judge:

WHEREAS, the Third Amended Civil Case Management Plan and Scheduling Order directs the parties to file a joint letter by June 10, 2020.  ECF 90 ¶ 13a;

WHEREAS, the parties have not timely filed a joint letter.  It is hereby

**ORDERED** that the parties shall file a joint letter that complies with the case management plan by **June 15, 2020**.  The parties are reminded to comply with the Court's Individual Rules.

Dated:   June 11, 2020
         New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE