UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
                                                     :

HERMANT PATEL, M.D., P.C.,              :

                          Plaintiff,    :

                                      :         18 Civ. 10227 (LGS)

          -against-             :

                                      :            ORDER

THEJASWI BANDIKATLA, M.D.,       :

                        Defendant,  :

------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, a telephonic conference was held on August 13, 2020, to discuss the discovery issues raised in the parties' joint letter dated August 6, 2020.

       WHEREAS, at the conference, the Court ordered Defendant to file as soon as possible a letter attaching any document request and related documents showing Defendant's prior request (i) for documents that are the basis for Plaintiff's alleged damages and (ii) for documents or other evidence from Plaintiff's finger-print scan system.  Plaintiff has done so.

       For the reasons stated at the conference, it is hereby

       **ORDERED** that by **August 20, 2020**, Plaintiff shall produce to Defendant (i) the location information of the physicians employed by Plaintiff while Defendant was an employee; (ii) a supplemental e-mail production, including any with "hidden text."  Defendant's application for Plaintiff to conduct any further e-mail search is DENIED.  It is further

       **ORDERED** that by **August 20, 2020**, Plaintiff shall produce documents that are the basis for Plaintiff's alleged damages and (ii) documents or other evidence from Plaintiff's finger-print scan system showing Defendant's movements.  It is further

       **ORDERED** that by **August 14, 2020**, Plaintiff shall produce (i) any complaint by Defendant against Plaintiff lodged with a governmental agency or (ii) the Bates number of any

such document previously produced.  It is further

> **ORDERED** that by **August 14, 2020**, Plaintiff shall produce documents previously withheld on grounds of purported privilege (i) reflecting communications between Defendant's prior counsel and Defendant, (ii) designated as "Private Business Financial Documents" and (iii) "Non-Party Right to Privacy."  It is further

> **ORDERED** that Plaintiff's application for the production of additional ESI from Defendant was withdrawn and therefore DENIED as moot, and Defendant's application to compel production of Defendant's family members' medical records is DENIED.  It is further

> **ORDERED** that the parties shall meet and confer immediately concerning any further discovery disputes and by **August 14, 2020, at noon**, shall file a joint status letter identifying any remaining discovery disputes and their respective positions.

Dated: August 13, 2020
      New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**