UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                :
HEMANT PATEL, M.D., P.C.,                :
                          Plaintiff,  :
                                        :     18 Civ. 10227 (LGS)
               -against-              :
                                        :     <u>ORDER</u>
THEJASWI BANDIKATLA, M.D.,      :
                          Defendant.  :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Court was informed that settlement discussions were unsuccessful; it is hereby

**ORDERED** that, by **November 13, 2020**, Plaintiff and Defendant will each file their respective cross-motions for summary judgment not to exceed 25 double spaced pages. By **December 4, 2020**, Plaintiff and Defendant will each file their respective responses not to exceed 25 double spaced pages. By **December 14, 2020**, Plaintiff and Defendant will each file their respective replies not to exceed 10 double spaced pages.

Dated: October 23, 2020
       New York, New York

                                                              LORNA G. SCHOFIELD
                                                       UNITED STATES DISTRICT JUDGE