```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
HEMANT PATEL,                                   :
                              Plaintiff,        :
                                                :
           -against-                            :         18 Civ. 10227 (LGS)
                                                :
THEJASWI BANDIKATLA, et al.,                    :         ORDER
                              Defendants,       :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on January 12, 2022, the parties filed separately their proposed requests to charge, *voir dire* questions and verdict forms (the "Trial Materials") (Dkt. Nos. 159-65);

WHEREAS, on January 13, 2022, the parties filed letters explaining why the Trial Materials were filed separately (Dkt. Nos. 166, 167);

WHEREAS, the Individual Rule IV.B.5 states that Trial Materials must be filed jointly;

WHEREAS, the parties' letters (Dkt. Nos. 166, 167) indicate that the parties have not conferred sufficiently with each other to propose *joint* Trial Materials.

WHEREAS, on January 14, 2022, the parties requested to extend the deadline to file the Proposed Joint Final Pretrial Order from January 17, 2022, to January 19, 2022 (Dkt. No. 168). It is hereby

**ORDERED** that the parties' previously-filed respective Trial Materials are rejected. The parties shall meet and confer (via telephone or in person and not merely by email) to reach a consensus on the Trial Materials and refile the Trial Materials by **February 18, 2022**. Each trial document in the Trial Materials must be filed jointly as a single document. The parties shall endeavor to agree and put their joint proposal for each item in the document. Only when and to the extent the parties cannot agree on a particular question or instruction, they shall follow

Individual Rule IV.B.5, and place their respective differences side-by-side, or one after the other, or within a footnote in the same document clearly indicating their respective positions.  It is further

>   **ORDERED** that the parties shall file the Proposed Joint Final Pretrial Order by **February 18, 2022**.

Dated: January 18, 2022
      New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**