# H. FITZMORE HARRIS, P.C.
Attorney-at-Law
2546 E Tremont Ave, 2nd Floor
Bronx, New York 10461

✧

Tel No. (347) 281-8460
Fax No. (347) 281-8462
Email: fharrislaw@gmail.com

February 4, 2022

**VIA ECF**

> Application GRANTED. The parties shall file their joint Trial Materials and the Proposed Joint Final Pretrial Order by April 15, 2022.
>
> Dated: February 7, 2022
> New York, New York
>
> _/s/ Lorna G. Schofield_
> **LORNA G. SCHOFIELD**
> **UNITED STATES DISTRICT JUDGE**

Honorable Lorna G. Schofield, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      *Re:  Hemant Patel, M.D., P.C., v. Thejaswi Bandikatla, M.D., et al*
          *Case No. 1:18-cv-10227-LGS*

Dear Judge Schofield:

      This office continues to represent Plaintiff in the above referenced matter.

      Pursuant to this Court's Order dated January 18, 2022, the parties were directed to file their joint Trial Materials and the Proposed Joint Final Pretrial Order by February 18, 2022. (Dkt. No. 170).  Please accept this letter as a request to extend the time set for the parties file their joint Trial Materials and the Proposed Joint Final Pretrial Order from February 18, 2022 to April 15, 2022.

      This request is made upon consultation and consent of the attorneys for both parties. As such, we respectfully request that the time for the parties to file their joint Trial Materials and the Proposed Joint Final Pretrial Order be extended from February 18, 2022 to April 15, 2022. The parties are continuing to work diligently to prepare their respective portions of the joint Trial Materials.

      Thank you for the court's consideration in this matter.

                                                     Respectfully submitted:

                                                      */s/ Fitzmore Harris*
                                                     Fitzmore Harris, Esq.

HFH:jj

cc:    Anderson & Shah, LLC
        Attorneys for Defendant-Counterclaimant
        (Via ECF)