UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
HEMANT PATEL, M.D., P.C.,                      :
                              Plaintiff,     :
                                          :    18 Civ. 10227 (LGS)
                -against-                       :
                                          :            ORDER
THEJASWI BANDIKATLA, M.D.,               :
                           Defendant,   :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, on January 27, 2022, Defendant filed a letter requesting an adjournment of the trial date.

       WHEREAS, the trial is currently scheduled for June 27, 2022.  It is hereby

       **ORDERED** that this action will be placed in second place on the Court's October 2022 trial-ready calendar.  The jury trial will begin on **October 3, 2022, at 9:45 A.M.** or the Court's first available date thereafter.  It is further

       **ORDERED** that the parties shall be ready to proceed on 24 hours' notice on or after October 3, 2022.

Dated:  April 28, 2022
        New York, New York

                                                                  LORNA G. SCHOFIELD
                                                              UNITED STATES DISTRICT JUDGE