UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HEMANT PATEL, M.D., P.C.,

    Plaintiff,

    -v-

THEJASWI BANDIKATLA, M.D.,

    Defendant.

18-cv-10227 (JSR)

<u>ORDER</u>

---

JED S. RAKOFF, U.S.D.J.

    All motions in limine were decided from the bench on March 6, 2023. The Clerk is respectfully directed to close entries 153 and 155 on the docket of this case.

    SO ORDERED.

Dated:   New York, NY
        March 27, 2023

                                        JED S. RAKOFF, U.S.D.J.