UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------

HEMANT PATEL, M.D., P.C.,

        Plaintiff,

  -v-

THEJASWI BANDIKATLA, M.D.,

        Defendant.

18-cv-10227 (JSR)

ORDER

------------------------------------------------

JED S. RAKOFF, U.S.D.J.:

    After a seven-day trial, a jury found plaintiff-counterdefendant, Hemant Patel, M.D., P.C. ("HPMDPC"), liable for breach of contract and for violating the Trafficking Victims Protection Act ("TVPA"). See Verdict, ECF No. 206. The jury awarded defendant-counterclaimant, Dr. Thejaswi Bandikatla, $4,657.40 on her breach of contract claim and the costs of her defense plus $45,000 in non-economic damages on her TVPA claim. Id. On April 4, 2023, Dr. Bandikatla filed a motion for attorneys' fees and costs. See Mot. for Att'ys Fees and Costs, ECF No. 211. On April 21, 2023, HPMDPC moved for judgment notwithstanding the verdict on Dr. Bandikatla's TVPA claim. Notice of Pl. Post-Trial Mot. for J. as a Matter of Law, ECF No. 214. Upon full consideration of the parties' written submissions, the Court hereby denies HPMDPC's motion for judgment notwithstanding the verdict and grants Dr. Bandikatla's motion for attorneys' fees and costs. An opinion

explaining the reasons for these decisions will follow in due course, at which time final judgment will be entered.

    The Clerk of Court is respectfully directed to close docket entries number 211 and 214.

    SO ORDERED.

Dated:   New York, NY

         March 23, 2024           JED S. RAKOFF, U.S.D.J.