**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
EMANT PATEL, M.D., P.C.,

                      Plaintiff,                      18 **CIVIL** 10227 (JSR)

     -against-                       **<u>JUDGMENT</u>**
                                                For Attorney's Fees and Costs

THEJASWI BANDIKATLA, M.D.,

                      Defendant.
-------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated April 08, 2024, HPMDPC's motion for judgment notwithstanding the verdict is denied, and Dr. Bandikatla's motion for attorneys' fees and costs is granted in the amount of $259,701 in fees and costs in the amount of $10,206.38 for a total sum of $269,907.38.

**Dated:**  New York, New York
           April 08, 2024

                                                                     **RUBY J. KRAJICK**
                                                                      **Clerk of Court**

                                         **BY:**
                                                                         **Deputy Clerk**