UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
HEMANT PATEL M.D., P.C.,

                            Plaintiff,                        18 **CIVIL** 10227 (JSR)

       -against-                                    **JUDGMENT**

THEJASWI BANDIKATLA, M.D.,

                          Defendant.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That after a seven-day Jury Trial before the Honorable Judge Jed S. Rakoff, United States District Judge, the jury found plaintiff-counter-defendant, Hemant Patel, M.D., P.C. ("HPMDPC"), liable for breach of contract and for violating the Trafficking Victims Protection Act ("TVPA"). See Verdict, ECF No. 206. The jury awarded defendant-counterclaimant, Dr. Thejaswi Bandikatla, $4,657.40 on her breach of contract claim and the costs of her defense plus $45,000 in non-economic damages on her TVPA claim against plaintiff-counter-defendant, Hemant Patel, M.D., P.C. ("HPMDPC")

**DATED:**  New York, New York
              April 9, 2024

So Ordered:

_____
U.S.D.J.

                                                RUBY J. KRAJICK
                                                Clerk of Court

                              BY:   _____
                                                    **Deputy Clerk**