UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
================================X
HEMANT PATEL M.D., P.C.,

                Plaintiff,

    -against-

THEJASWI BANDIKATLA, M.D.

                Defendant.
================================X

Case No. 18-cv-10227 (JSR)

JED S. RAKOFF, U.S.D.J.:

## ORDER GRANTING STAY OF EXECUTION OF JUDGMENTS PENDING APPEAL AND APPROVING AND FIXING THE AMOUNT OF CASH SECURITY TO BE POSTED

Upon consideration of the Motion of Plaintiff Hemant Patel M.D., P.C., filed on May 6, 2024, together with the affidavit submitted, for an order granting a stay pending appeal and for an order fixing and approving the amount of cash security which the Plaintiff shall give upon appeal to the United States Court of Appeals for the Second Circuit from the judgments entered in this case, on April 8, 2024, and on April 9, 2024; and attorneys for Defendant Thejaswi Bandikatla, M.D., having informed the Court on May 10, 2024, that they will not oppose the motion and that they will consent to a bond in the full amount of the judgment (subject to additional post-judgment interest and any attorney fees and costs awarded if successful on appeal);

IT IS HEREBY ORDERED AND ADJUDGED that enforcement of the judgment entered by the Clerk of the United States District Court for the Southern District of New York, in favor of Anderson & Shah, LLC, attorney for defendant Thejaswi Bandikatla, M.D., and against Hemant Patel M.D., P.C., on April 8, 2024, in the total amount of $269,907.38. (Dkt. No. 229); be stayed pending determination of Plaintiff's appeal to the United States Court of Appeals for

the Second Circuit from such judgment;

IT IS FURTHER ORDERED AND ADJUDGED that the judgment entered by the Clerk of the United States District Court for the Southern District of New York in favor of defendant Thejaswi Bandikatla, M.D., and against Hemant Patel M.D., P.C., on April 9, 2024, in the total sum of $49,657.40 (Dkt. No. 230), be stayed pending determination of Plaintiff's appeal to the United States Court of Appeals for the Second Circuit from such judgment; and

IT IS FURTHER ORDERED AND ADJUDGED that the amount of the cash security to be filed by Plaintiff is approved and fixed in the amount of $319,564.78, reflecting the total sum of both judgments entered against Plaintiff, and that the sum of monies approved by this Court be deposited in an interest-bearing account or invested in a court-approved, interest-bearing instrument, and this be done no later than May 22, 2024.

Dated: New York, NY

May 15 2024

SO ORDERED.

_____
JED S. RAKOFF, U.S.D.J.